State of New York
Supreme Court, Appellate Division
Third Judicial Department

Decided and Entered:  July 28, 2016                    522446
_____

In the Matter of JAMES CHAO,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

TIMOTHY HOLLINGSHEAD, as
    Correction Lieutenant at
    Sullivan Correctional
    Facility, et al.,
                    Respondents.
_____

Calendar Date:  June 6, 2016

Before:  Peters, P.J., Garry, Lynch, Devine and Aarons, JJ.

                    _____

        James Chao, Fallsburg, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Sullivan County)
to review a determination of the Commissioner of Corrections and
Community Supervision finding petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding
challenging a prison disciplinary determination.  The Attorney
General has advised this Court that the determination has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to petitioner's inmate account.
Although petitioner seeks to be restored to the status he enjoyed
prior to the disciplinary determination, including reinstatement

to his prison job and back pay, "inmates have no constitutional or statutory right to their prior housing or programming status" (Matter of Hamilton v Bezio, 93 AD3d 1049, 1050 [2012]; see Matter of Folk v Annucci, 122 AD3d 977, 978 [2014]).  Given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (see Matter of Hill v Annucci, 136 AD3d 1081, 1082 [2016]; Matter of Folk v Annucci, 122 AD3d at 978).

 Peters, P.J., Garry, Lynch, Devine and Aarons, JJ., concur.


 ADJUDGED that the petition is dismissed, as moot, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court